UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

BAVARIA HAUS LLC d/b/a LA CANITA,
    Defendant(s).

Case No: 23-cv-23873-BB

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendant, BAVARIA HAUS LLC d/b/a LA CANITA, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Mason A. Pertnoy |
| Glenn R. Goldstein (FBN: 55873) | Mason A. Pertnoy, Esq. (FBN: 18334) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Assoc., PLLC | KRINZMAN HUSS LUBETSKY |
| 8101 Biscayne Blvd., Ste. 504 | FELDMAN & HOTTE |
| Miami, Florida 33138 | 169 E. Flagler Street, Suite 500 |
| 561.573.2106 | Miami, Florida 33131 |
| GGoldstein@G2Legal.net | Telephone: (305) 854-9700 |
| | Facsimile: (305) 854-0508 |
| | Primary email: map@khllaw.com |
| | jmh@khllaw.com |