UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

BAVARIA HAUS LLC d/b/a LA CANITA,
    Defendant(s).

Case No: 23-cv-23873-BB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendant, BAVARIA HAUS LLC d/b/a LA CANITA by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ / Mason A. Pertnoy
Mason A. Pertnoy, Esq. (FBN: 18334)
   *Attorney for Defendant*
KRINZMAN HUSS LUBETSKY
FELDMAN & HOTTE
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Facsimile: (305) 854-0508
Primary email: map@khllaw.com